**SID M. ROSENBERG, ESQ., SBN 129158**
**LAW OFFICES OF ROSENBERG & LINK**
**AN ASSOCIATION OF**
**PROFESSIONAL LAW CORPORATIONS**
**725 30TH STREET, SUITE 107**
**SACRAMENTO, CA  95816**
**Telephone:   (916) 447-8101**
**Facsimile:    (916) 447-4750**

**ATTORNEY FOR DEFENDANT,**
**DEMMON HARBOR OAKS PARTNERS L.P.**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT N. JOHNSON,** | **CASE NO. 2:10-CV-02285-MCE-KJM** |
| Plaintiff. | **STIPULATION AND ORDER** |
| v. | **TO SET ASIDE DEFAULT** |
| **DEMMON HARBOR OAKS PARTNERS L.P.,** | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between SCOTT N. JOHNSON, ESQ., plaintiff, in Propria Persona, and DEMMON HARBOR OAKS PARTNERS L.P., defendant, by and through their counsel, Sid M. Rosenberg, Esq., of the Law Offices of Rosenberg & Link, that the default previously entered in the above-entitled action against defendant, DEMMON HARBOR OAKS PARTNERS L.P., on November 24, 2010, be set aside.

Dated: December 13, 2010        */s/ Scott N. Johnson*
                                                    SCOTT N. JOHNSON, ESQ.
                                                    Plaintiff, In Propria Persona

**LAW OFFICES OF ROSENBERG & LINK**
An Association of Professional Law Corporations

Dated: December 13, 2010        /s/ Sid M. Rosenberg, Esq.
                                Sid M. Rosenberg, Esq.
                                Attorney for Defendant,
                                The Demmon Family Partnership

### ORDER

The stipulation to set aside the default having been presented, and good cause appearing therefore,

**IT IS ORDERED**, that the Default entered by the court on November 24, 2010, as against defendant, The Demmon Family Partnership, be set aside. Defendant shall have 10 days following the date of service of Notice of Entry of this Order to file their response to the complaint on file herein.

Dated: December 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO SET ASIDE DEFAULT**